[No. 12035-6-II. Division Two. February 21, 1990.]

OCEAN SHORES HARBORS, INC., *Appellant,* v. THE CITY OF OCEAN SHORES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86-2-01100-1, David E. Foscue, J., entered May 9, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 12493-9-II. Division Two. February 21, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ANTHONY ERHARDT, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-1-00354-6, Karen B. Conoley, J., entered December 5, 1988. *Reversed* by unpublished per curiam opinion.

[No. 12424-6-II. Division Two. February 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JASON SIMOLKE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-1-01558-4, Karen G. Seinfeld, J., entered November 28, 1988. *Dismissed* by unpublished per curiam opinion.